No. 04–6825. SMART v. CURRY, COMMISSIONER, NEW HAMP-
SHIRE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certio-
rari denied.

No. 04–6832. PREVATT v. FLORIDA. Dist. Ct. App. Fla., 5th
Dist. Certiorari denied.

No. 04–6845. COLEMAN v. VIRGINIA. Sup. Ct. Va. Certio-
rari denied.

No. 04–6865. WARD v. HINSLEY, WARDEN. C. A. 7th Cir.
Certiorari denied.

No. 04–6883. CAMMUSE v. MORGAN, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 04–6885. CHILDRESS v. JOHNSON, DIRECTOR, VIRGINIA
DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari de-
nied.

No. 04–6888. HOLMES v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 04–6896. WADE v. JOHNSON, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–6911. BURNS v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 04–6912. BURGEST v. WILEY, WARDEN. C. A. 4th Cir.
Certiorari denied.

No. 04–6919. WILLIAMS v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 04–6924. ONOFRE DEJESUS, AKA TAPIA-OROZCO v. UNITED
STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6925. COOPER v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 04–6932. PEREZ-PEREZ v. UNITED STATES. C. A. 1st Cir.
Certiorari denied.

No. 04–6933. POSEY v. UNITED STATES. C. A. 11th Cir. Cer-
tiorari denied.